USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
 TEAM 125, INC.,                                             :
                                                             :
                               Plaintiff,                    :
                                                             :          20-CV-11025 (VEC)
                -against-                                    :
                                                             :          ORDER
                                                             :
 UNITED STATES AVIATION                                      :
 UNDERWRITERS, INC. AND EASTERN                              :
 AIRLINE, LLC,                                               :
                                                             :
                               Defendants.                   :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

  WHEREAS on January 20, 2021, Defendant Eastern Airlines, LLC moved to dismiss the Complaint as against Defendant Eastern Airlines, LLC (Dkt. 14);

  WHEREAS on January 21, 2021, the Court ordered Plaintiff to either oppose Defendant's motion to dismiss or amend its Complaint in response to Defendant's Motion (Dkt. 16); and

  WHEREAS on February 25, 2021, Plaintiff filed an Amended Complaint (Dkt. 27);

  IT IS HEREBY ORDERED that Defendant Eastern Airlines, LLC's motion to dismiss is DENIED as moot.  Defendants must respond to Plaintiff's Amended Complaint not later than **March 18, 2021**.  The Clerk of is respectfully requested to terminate the open motion at Dkt. 14.

**SO ORDERED.**

Date: February 26, 2021           _____
    New York, NY              **VALERIE CAPRONI**
                       United States District Judge