

**MEMO ENDORSED**

Direct Dial: (212) 894-6780
Direct Fax: (212) 370-4453
dharrington@condonlaw.com

May 25, 2021

**FILED VIA ECF**

Valerie Caproni, United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

| | |
|---|---|
| Subject: | Request for Adjournment of Pre-Trial Conference set for June 25, 2021 |
| | Case Name: Team 125, Inc. v. United States Aviation Underwriters, Inc. |
| | Case Number: 1:20-cv-11025-VEC |
| | Filer: United States Aviation Underwriters, Inc. |

Dear Judge Caproni,

I respectfully request an adjournment of the Pre-Trial Conference set for June 25, 2021 @ 10:00 a.m. due to a long-standing medical appointment that would be very difficult to reschedule and is not advisable to delay. This is the first request for an adjournment of the Pre-Trial Conference. Plaintiff's counsel consents to the adjournment. Counsel for Team 125 and I are available for the Pre-Trial Conference on the following dates: June 29, July 13, 15, 16, 22, or 23.

Thank you for your consideration.

Respectfully,

David J. Harrington
Condon & Forsyth LLP

Attorneys for United States Aviation Underwriters, Inc.

cc: Germain Labat,
Greenspoon Marder LLP (Counsel for Team 125, Inc.)

---

The June 25, 2021 pretrial conference is ADJOURNED to **July 16, 2021, at 11:00 a.m.** The Clerk of Court is respectfully directed to close the open motion at Dkt. 45 and to strike the duplicative filing at Dkt. 46.

SO ORDERED.

*Valerie Caproni*    5/25/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---