```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TEAM 125, INC.,

                            Plaintiff,

         -against-

UNITED STATES AVIATION
UNDERWRITERS, INC.,

                            Defendant.
------------------------------------------------------------ X

20-CV-11025 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on July 23, 2021, the parties appeared before the Court for a conference;

      IT IS HEREBY ORDERED that, for the reasons stated on the record at the July 23 conference, Plaintiff's request to reopen fact discovery is DENIED.

      IT IS FURTHER ORDERED that the deadline for expert discovery is **September 1, 2021**.

      IT IS FURTHER ORDERED that a status conference is scheduled for **September 10, 2021, at 11:00 a.m.**, at which the Court will set a schedule for any motions for summary judgment. The September 10 conference will be conducted as a video conference; the Court will provide the parties with a link to access the conference closer to the date of the conference.

**SO ORDERED.**

Date: July 23, 2021
       New York, NY

                                               _____
                                                 **VALERIE CAPRONI**
                                                **United States District Judge**