```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TEAM 125, INC.,

                            Plaintiff,

                -against-

UNITED STATES AVIATION
UNDERWRITERS, INC.,

                           Defendant.
------------------------------------------------------------ X

20-CV-11025 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties are scheduled to appear before the Court for a conference on **September 24, 2021, at 11:30 a.m.** (Dkt. 53);

       IT IS HEREBY ORDERED that the September 24, 2021 conference will be held as a video conference. The Court will separately send the required video link. Interested members of the public may dial in using: (929) 205-6099 // Meeting ID: 830 9226 9285 // Passcode: 676941. Taping or rebroadcasting the proceeding is prohibited.

**SO ORDERED.**

Date: **September 17, 2021**
        **New York, NY**

                                         _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**