```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
  TEAM 125, INC.,                                            :
                                                             :
                                      Plaintiff,             :
                                                             :                20-CV-11025 (VEC)
                  -against-                                  :
                                                             :                     ORDER
  UNITED STATES AVIATION                                     :
  UNDERWRITERS, INC.,                                        :
                                                             :
                                      Defendant.             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/21

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court for a conference on **September 24, 2021, at 11:30 a.m.**;

IT IS HEREBY ORDERED that Defendant's motion for summary judgment is due **October 29, 2021**. Plaintiff must respond not later than **December 3, 2021**. Defendant may reply in further support of its motion not later than **December 22, 2021**.

**SO ORDERED.**

Date: September 24, 2021
New York, NY

_____
**VALERIE CAPRONI
United States District Judge**