**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TEAM 125, INC.,

                   Plaintiff,

   -against-                                     20 **CIVIL** 11025 (VEC)

                                                    **<u>JUDGMENT</u>**

UNITED STATES AVIATION
UNDERWRITERS, INC.

                  Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 2, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

     February 3, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                   **BY:**
                                                       *K. Mango*

                                                       **Deputy Clerk**